# UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

No. 97-10162
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MICHAEL RAPAPPORT,

Defendant-Appellant.

Appeal from the United States District Court
for the Northern District of Texas
(3:96-CR-102-4-D)

August 17, 1998

Before POLITZ, Chief Judge, HIGGINBOTHAM and SMITH, Circuit Judges.

PER CURIAM:[*]

Court-appointed counsel for Michael Rapapport has filed a brief as required

by **Anders v. California**,[1] and moved to withdraw. Rapapport sought leave to

proceed *pro se*. Counsel's motion was granted, excusing him from further

responsibilities herein, and Rapapport was given 30 days in which to file a brief,

should he opt to do so, raising any matter he deemed relevant to his appeal. The

---

[*]Pursuant to 5ᵀᴴ Cɪʀ. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5ᵀᴴ Cɪʀ. R. 47.5.4.

[1] 336 U.S. 738 (1967).

time allowed has expired and no such filing has been made.

Our independent review of counsel's brief and the record discloses no nonfrivolous issue which may be presented herein. Accordingly, the appeal is DISMISSED.